CLERKS OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
8/23/2018
JULIA C. DUDLEY, CLERK
BY: s/ MARTHA L. HUPP
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# DANVILLE DIVISION

| | | |
|---|---|---|
| DIANA L. GOINS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:16-cv-00056 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| NANCY A. BERRYHILL, | ) | By: Hon. Jackson L. Kiser |
| Acting Commissioner, | ) | Senior United States District Judge |
| | ) | |
| Defendant. | ) | |

Before me is the Report and Recommendation ("R&R") of the United States Magistrate Judge recommending that I grant the Commissioner's Motion for Summary Judgment [ECF No. 21], deny Plaintiff's Motion for Summary Judgment [ECF No. 18], and affirm the Commissioner's decision. The R&R was filed on January 24, 2018 [ECF No. 25], and Plaintiff Diana L. Goins filed objections on February 7 [ECF No. 26]. The Commissioner responded [ECF No. 27], and the matter is now ripe for review. See Fed. R. Civ. P. 72(b). After careful review and consideration, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** and **ADJUDGED** that Plaintiff's objections are **OVERRULED**, the R&R is **ADOPTED** in its entirety, Plaintiff's Motion for Summary Judgment is **DENIED**, and the Commissioner's Motion for Summary Judgment is **GRANTED**. The clerk is directed to close this case.

The Clerk is directed to send a copy of this Order and accompanying Memorandum Opinion to all counsel of record as well as to Magistrate Judge Hoppe.

**ENTERED** this 23rd day of August, 2018.

s/Jackson L. Kiser
SENIOR UNITED STATES DISTRICT JUDGE